No. 71–6703.   JOHNSON *v.* TWOMEY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 71–6705.   LAMONGE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–6706.   MIDDLETON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–6707.   COX *v.* GAFFNEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 71–6708.   CIOTTI *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–6709.   KAYE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 71–6710.   BLACKWOOD *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–6712.   ENGLE, AKA TENNANT *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 71–6713.   MITMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6714.   RIVERA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–6716.   TORRES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–6717.   ROBINSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–6718.   CLEAVES *v.* PARKER.   C. A. 6th Cir. Certiorari denied.